Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
CRISTINE KRAMER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINE KRAMER, <br><br> Plaintiff, <br><br> vs. <br><br> SYNCHRONY BANK <br><br> Defendant(s), | Case No.: 3:21-cv-00183-W-BGS <br><br> NOTICE OF SETTLEMENT <br><br><br> Judge: Hon. Thomas J. Whelan <br><br> Magistrate: Hon. Bernard G. Skomal |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

    PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff CRISTINE KRAMER ("Plaintiff") and SYNCHRONY BANK ("Defendant") have agreed to terms to settle claims herein, subject to the full

1 | execution of a confidential agreement.

2 |     Plaintiff intends to file a request for dismissal with prejudice as to all
3 | Defendants within thirty (30) days or less. In light of the settlement, Plaintiff
4 | respectfully requests the Court vacate all future hearings and deadlines in this case.

Dated: June 8, 2021        By:   /s/ Ahren A. Tiller
                                            Ahren A. Tiller
                                            BLC Law Center, APC
                                            Attorneys for Plaintiff

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action.  My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101.  I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On June 8, 2021 I served the following documents:

☑ NOTICE OF SETTLEMENT

As follows:

☑ Via ECF/NEF automated notice to Steven P. Warner (swarner@reedsmith.com, ckoster@reedsmith.com)

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 8, 2021           By:     /s/ Ahren A. Tiller
                                      Ahren A. Tiller
                                      BLC Law Center, APC
                                      Attorneys for Plaintiff