Steven P. Warner (SBN 159404)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Email: swarner@reedsmith.com

*Attorneys for Defendant Synchrony Bank*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE KRAMER,<br><br>        Plaintiff,<br><br>  vs.<br><br>SYNCHRONY BANK,<br><br>        Defendant. | Case No. 3:21-cv-00183-W-BGS<br><br>**JOINT MOTION TO DISMISS**<br><br>Honorable Thomas J. Whelan<br>Honorable Bernard G. Skomal |

This Joint Motion to Dismiss is made by Plaintiff Christine Kramer ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") (collectively the "Parties"), by and through the Parties' counsel of record.

1. On June 8, 2021, Plaintiff filed a Notice of Settlement (ECF No. 12) advising the Court that this matter has been resolved.

2. On June 9, 2021, the Court issued an Order (ECF No. 13) requiring the Parties to file a Joint Motion to Dismiss on or before July 12, 2021.

3. Accordingly, the Parties make the instant Joint Motion to Dismiss, through which they respectfully request that the Court enter an Order dismissing this action with prejudice.

DATED: July 12, 2021    BLC Law Center, APC

By: */s/ Ahren A. Tiller*
Ahren A. Tiller, Esq.
Attorney for Plaintiff Christine Kramer

DATED: July 12, 2021    REED SMITH LLP

By: */s/ Steven P. Warner*
Steven P. Warner, Esq.
Attorney for Defendant Synchrony Bank

**ATTESTATION REGARDING SIGNATURES**

I, Steven P. Warner, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 12, 2021   REED SMITH LLP

By: */s/ Steven Warner*
Attorney for Defendant Synchrony Bank