# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE KRAMER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-CV-0183 W (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 14]** |

Pending before the Court is a joint motion to dismiss with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 14] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

　　**IT IS SO ORDERED**.

Dated: July 12, 2021

_____
Hon. Thomas J. Whelan
United States District Judge

1

21-CV-0183 W (BGS)